B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shubh Hotels Detroit, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-2190270** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8402 Lookout Cir**<br>**Boca Raton, FL**<br><br>ZIP Code **33496** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7        ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>■ Chapter 11        ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."        ■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                    **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Shubh Hotels Detroit, LLC** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                              Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
|---|
| **Shubh Hotels Detroit, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Susan D Lasky**
   Signature of Attorney for Debtor(s)

   **Susan D Lasky 451096**
   Printed Name of Attorney for Debtor(s)

   **Susan D Lasky, PA**
   Firm Name

   **2101 N Andrews Avenue**
   **Suite 405**
   **Wilton Manors, FL 33311**

   Address

                    **Email: SLaskyLBRPA@bellsouth.net**
   **954-565-5854  Fax: 954-462-8411**
   Telephone Number

   **October 21, 2010**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Atul Bisaria Managing Member Shubh Hotels Detroit Invest,LLC**
   Signature of Authorized Individual

   **Atul Bisaria Managing Member Shubh Hotels Detroit Invest,LLC**
   Printed Name of Authorized Individual

   **Managing Member**
   Title of Authorized Individual

   **October 21, 2010**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Shubh Hotels Detroit, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Bill Dearborn Transportation and Valet**<br>**7726 Payne**<br>**Dearborn, MI 48126** | **Bill Dearborn Transportation and Valet**<br>**7726 Payne**<br>**Dearborn, MI 48126** | | | **77,928.92** |
| **Board of Commissioners**<br>**City of Detroit**<br>**POB 32711**<br>**Detroit, MI 48232** | **Board of Commissioners**<br>**City of Detroit**<br>**POB 32711**<br>**Detroit, MI 48232** | | | **108,560.00** |
| **Contract Purchasing & Design**<br>**6560 W Rogers Cir**<br>**Ste 26**<br>**Boca Raton, FL 33487** | **Contract Purchasing & Design**<br>**6560 W Rogers Cir**<br>**Ste 26**<br>**Boca Raton, FL 33487** | | | **60,890.32** |
| **David MacGregor** | **David MacGregor** | | | **64,691.95** |
| **Detroit Metro Convention and Visitors Bureau**<br>**Dept #117701**<br>**POB 67000**<br>**Detroit, MI 48267** | **Detroit Metro Convention and Visitors Bureau**<br>**Dept #117701**<br>**Detroit, MI 48267** | | | **100,237.93** |
| **Detroit Thermal LLC**<br>**3575 E Palmer St**<br>**Detroit, MI 48211** | **Detroit Thermal LLC**<br>**3575 E Palmer St**<br>**Detroit, MI 48211** | | | **44,394.87** |
| **DTE Energy Electric**<br>**POB 67-069A**<br>**Detroit, MI 48267** | **DTE Energy Electric**<br>**POB 67-069A**<br>**Detroit, MI 48267** | | | **31,693.55** |
| **General Renovation**<br>**8181 Grayfield**<br>**Dearborn Heights, MI 48127** | **General Renovation**<br>**8181 Grayfield**<br>**Dearborn Heights, MI 48127** | | | **31,504.00** |
| **Hereiu Funds**<br>**POB 6557**<br>**Aurora, IL 60598** | **Hereiu Funds**<br>**POB 6557**<br>**Aurora, IL 60598** | | | **62,628.34** |
| **Highmark Blue Shield**<br>**POB 382146**<br>**Pittsburgh, PA 15250** | **Highmark Blue Shield**<br>**POB 382146**<br>**Pittsburgh, PA 15250** | | | **117,792.88** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Shubh Hotels Detroit, LLC**                                Case No.  _____

                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **HW Baker Linen<br>500 Corporate Dr<br>Mahwah, NJ 07430** | **HW Baker Linen<br>500 Corporate Dr<br>Mahwah, NJ 07430** | | | **39,078.78** |
| **IUOE Local 547 Health &<br>Welfare<br>24270 W Seven Mile Rd<br>Detroit, MI 48219** | **IUOE Local 547 Health & Welfare<br>24270 W Seven Mile Rd<br>Detroit, MI 48219** | | | **42,194.49** |
| **Maintenance<br>POB 404295<br>Atlanta, GA 30384** | **Maintenance<br>POB 404295<br>Atlanta, GA 30384** | | | **49,683.59** |
| **Michigan Dept of Treasury<br>Dept 77003<br>Detroit, MI 48277** | **Michigan Dept of Treasury<br>Dept 77003<br>Detroit, MI 48277** | | | **620,687.26** |
| **Otis Elevator Company<br>POB 73579<br>Chicago, IL 60673** | **Otis Elevator Company<br>POB 73579<br>Chicago, IL 60673** | | | **47,414.26** |
| **PSAV<br>The Inn at St Johns<br>44045 Five Mile Rd<br>Plymouth, MI 48170** | **PSAV<br>The Inn at St Johns<br>44045 Five Mile Rd<br>Plymouth, MI 48170** | | | **28,743.16** |
| **Shubh Hotels Asset Mgt<br>901 Clint Moore Rd<br>Boca Raton, FL 33487** | **Shubh Hotels Asset Mgt<br>901 Clint Moore Rd<br>Boca Raton, FL 33487** | | | **160,672.83** |
| **Starwood Hotels & Resorts<br>POB 198872<br>Atlanta, GA 30384** | **Starwood Hotels & Resorts<br>POB 198872<br>Atlanta, GA 30384** | | | **288,167.43** |
| **The Cornhusker Marriot<br>333 S 13 St<br>Lincoln, NE 68508** | **The Cornhusker Marriot<br>333 S 13 St<br>Lincoln, NE 68508** | | | **36,077.77** |
| **Wayne County Treasurer<br>Acct Dept, Stadium Excise<br>Tax Collection<br>400 Monroe St<br>Ste 550<br>Detroit, MI 48226** | **Wayne County Treasurer<br>Acct Dept, Stadium Excise Tax<br>Collection<br>400 Monroe St<br>Detroit, MI 48226** | | | **93,260.76** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Shubh Hotels Detroit, LLC**                                    Case No. _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 21, 2010**                    Signature  **/s/ Atul Bisaria Managing Member Shubh Hotels Detroit Invest,LLC**

                                                 **Atul Bisaria Managing Member Shubh Hotels Detroit Invest,LLC**
                                                 **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6A (Official Form 6A) (12/07)

In re      **Shubh Hotels Detroit, LLC**                                                  ,        Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **2 Washington Blvd., Detroit MI** | **Commercial Property** | - | **Unknown** | **33,700,000.00** |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Shubh Hotels Detroit, LLC**                                                      ,    Case No. _____
                                     Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | **Equity Line** | | | | | |
| **Bozac, LLC** **2665 S Bayshore Dr** **PH2A** **Miami, FL 33133** | - | | | **2 Washington Blvd., Detroit MI** | X | X | X | | |
| | | | | Value $                **Unknown** | | | | **500,000.00** | **Unknown** |
| Account No. | | | | **Second Mortgage** | | | | | |
| **Broadway Bank** **5960 M Boradway** **Chicago, IL 60660** | - | | | **2 Washington Blvd., Detroit MI** | X | X | X | | |
| | | | | Value $                **Unknown** | | | | **3,500,000.00** | **Unknown** |
| Account No. | | | | **First Mortgage** | | | | | |
| **Mutual Bank** **c/o Hertz Schram PC** **1760 S Telegraph Rd** **Ste 300** **Bloomfield Hills, MI 48302** | - | | | **2 Washington Blvd., Detroit MI** | X | X | X | | |
| | | | | Value $                **Unknown** | | | | **29,700,000.00** | **Unknown** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

| | | |
|---|---|---|
| __0__ continuation sheets attached | Subtotal (Total of this page) | **33,700,000.00** | **0.00** |
| | Total (Report on Summary of Schedules) | **33,700,000.00** | **0.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Shubh Hotels Detroit, LLC**

                       Debtor(s)

Case No. _____

Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___15___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 21, 2010**

Signature  **/s/ Atul Bisaria Managing Member Shubh Hotels Detroit Invest,LLC**

**Atul Bisaria Managing Member Shubh Hotels Detroit Invest,LLC**
**Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Shubh Hotels Detroit, LLC** _____ ,

                                                  Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Sanjay Patel**<br>**440 Jericho Tpke**<br>**Jericho, NY 11753** | | **7.5%** | |
| **Shubh Hotels Detroit Investments LLC**<br>**701 NW 53 St**<br>**Boca Raton, FL 33487** | | **92.5%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **October 21, 2010** _____

Signature **/s/ Atul Bisaria Managing Member Shubh Hotels Detroit Invest,LLC** _____

**Atul Bisaria Managing Member Shubh Hotels Detroit Inve Managing Member**

_Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** ___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re    **Shubh Hotels Detroit, LLC**

_____
                                Debtor(s)

Case No. _____
Chapter    **11**_____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **October 21, 2010**
_____

**/s/ Atul Bisaria Managing Member Shubh Hotels Detroit Invest,LLC**
**Atul Bisaria Managing Member Shubh Hotels Detroit Invest,LLC/Managing Member**
Signer/Title

Bill Dearborn Transportation and Valet
7726 Payne
Dearborn, MI 48126


Board of Commissioners
City of Detroit
POB 32711
Detroit, MI 48232


Bozac, LLC
2665 S Bayshore Dr
PH2A
Miami, FL 33133


Broadway Bank
5960 M Boradway
Chicago, IL 60660


Contract Purchasing & Design
6560 W Rogers Cir
Ste 26
Boca Raton, FL 33487


David MacGregor


Detroit Metro Convention
and Visitors Bureau
Dept #117701
POB 67000
Detroit, MI 48267


Detroit Thermal LLC
3575 E Palmer St
Detroit, MI 48211


DTE Energy Electric
POB 67-069A
Detroit, MI 48267


General Renovation
8181 Grayfield
Dearborn Heights, MI 48127

Hereiu Funds
POB 6557
Aurora, IL 60598


Highmark Blue Shield
POB 382146
Pittsburgh, PA 15250


HW Baker Linen
500 Corporate Dr
Mahwah, NJ 07430


IUOE Local 547 Health & Welfare
24270 W Seven Mile Rd
Detroit, MI 48219


Maintenance
POB 404295
Atlanta, GA 30384


Michigan Dept of Treasury
Dept 77003
Detroit, MI 48277


Mutual Bank
c/o Hertz Schram PC
1760 S Telegraph Rd
Ste 300
Bloomfield Hills, MI 48302


Otis Elevator Company
POB 73579
Chicago, IL 60673


PSAV
The Inn at St Johns
44045 Five Mile Rd
Plymouth, MI 48170


Shubh Hotels Asset Mgt
901 Clint Moore Rd
Boca Raton, FL 33487

Starwood Hotels & Resorts
POB 198872
Atlanta, GA 30384


The Cornhusker Marriot
333 S 13 St
Lincoln, NE 68508


Wayne County Treasurer
Acct Dept, Stadium Excise Tax Collection
400 Monroe St
Ste 550
Detroit, MI 48226